**WOODLAND MANOR III ASSOCIATES**

v.

**Andrew McCLEOD, in his Capacity as Director of the Department of Environmental Management.**

No. 00–117–A.

Supreme Court of Rhode Island.

Nov. 2, 2001.

Edward L. Maggiacomo, David A. Wollin, Providence.

Michael L. Rubin, James R. Lee, Providence.

**O R D E R**

Plaintiff Woodland Manor III Associates, (Woodland) moves to vacate the decision and judgment of the Superior Court in this case determining that Woodland lacked standing to pursue a temporary-inverse-condemnation claim, and moves to remand the papers to the Superior Court for reconsideration of this decision in light of the United States Supreme Court's Opinion in *Palazzolo v. Rhode Island*, 533 U.S. 606, 121 S.Ct. 2448, 150 L.Ed.2d 592 (2001). Upon consideration of the motion and the memoranda filed by counsel for the parties, we conclude that a remand is appropriate here.

Accordingly, the motion is granted, and the case is remanded to the Superior Court for reconsideration in light of *Palaz-*

*zolo, supra.* If on remand the Superior Court determines that Woodland possesses standing to pursue the temporary-inverse-condemnation claim, the Superior Court shall proceed to decide the claim on the merits, as previously directed by this Court in *Woodland Manor III Associates v. Keeney*, 713 A.2d 806 (1998).